# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 24, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142438-9(65)

DELAINA PATTERSON, as Personal
Representative for the Estate of Sherrill Turner,
Deceased, and Robert Turner, a Minor, Individually,
by his Next Friend, DELAINA PATTERSON,
        Plaintiff-Appellee,

v

SHERRY NICHOLS,
        Defendant,

and

TERRI SUTTON,
        Defendant-Appellant.

_____

SC: 142438-9
COA: 288375, 291287
Wayne CC: 08-111034-NO

On order of the Chief Justice, the motion by defendant-appellant for extension of the time for filing her brief and appendix is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 24, 2011

_____
Clerk